**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAREED SEPEHRY-FARD,<br><br>Plaintiff(s),<br>v.<br><br>GREENPOINT MORTGAGE FUNDING, INC., et. al.,<br><br>Defendant(s).<br>_____/ | CASE NO. 5:13-cv-04535 EJD<br><br>**ORDER REFERRING MATTERS TO MAGISTRATE JUDGE** |

Pursuant to Civil Local Rule 72-1, Plaintiffs' Motion for Discovery, Motion to Produce Documents, and the Request for Admission (Docket Item Nos. 54, 55, 56) are hereby REFERRED to Magistrate Judge Howard R. Lloyd for resolution.

**IT IS SO ORDERED.**

Dated: November 25, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:13-cv-04535 EJD
ORDER REFERRING MATTERS TO MAGISTRATE JUDGE