IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAREED SEPEHRY-FARD, | CASE NO. 5:13-cv-04535 EJD |
| Plaintiff(s), | **ORDER REFERRING MATTERS TO MAGISTRATE JUDGE** |
| v. | |
| GREENPOINT MORTGAGE FUNDING, INC., et. al., | |
| Defendant(s). | |

Pursuant to Civil Local Rule 72-1, Plaintiffs' Motion for Discovery, Motion to Produce Documents, and the Request for Admission (Docket Item Nos. 54, 55, 56) are hereby REFERRED to Magistrate Judge Howard R. Lloyd for resolution.

**IT IS SO ORDERED.**

Dated: November 25, 2013

EDWARD J. DAVILA
United States District Judge