IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAREED SEPEHRY-FARD,<br><br>        Plaintiff(s),<br>v.<br><br>GREENPOINT MORTGAGE FUNDING, INC., et. al.,<br><br>        Defendant(s). | CASE NO. 5:13-cv-04535 EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed Defendants' Case Management Statement (see Docket Item No. 79) and having considered the status of this action, the court finds that a scheduling conference is premature at this time. Accordingly, the Case Management Conference scheduled for January 31, 2014, is CONTINUED to **June 6, 2014, at 10:00 a.m.** The parties shall file an updated Joint Case Management Statement, or separate statements as appropriate under Local Civil Rule 16-9(a), on or before **May 30, 2014.**

**IT IS SO ORDERED.**

Dated: January 27, 2014

                                                  EDWARD J. DAVILA
                                                  United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAREED SEPEHRY-FARD et al, | Case Number: CV13-04535 EJD |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| GREENPOINT MORTGAGE FUNDING, INC., ET AL, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 27, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fareed Sepehry-Fard
12309 Saratoga Creek Drive
Saratoga, CA 95070

Dated: January 27, 2014

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk