**\*E-Filed: March 11, 2014\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAREED SEPEHRY-FARD, | No. C13-04535-EJD (HRL) |
| Plaintiff, | **ORDER TERMINATING *EX PARTE* MOTION TO QUASH SUBPOENAS** |
| v. | |
| GREENPOINT MORTGAGE FUNDING, INC., ET AL., | **[Re: Docket No. 114]** |
| Defendants. | |

In this quiet title action, Plaintiff Fareed Sepehry-Fard served Defendant Greenpoint Mortgage Funding, Inc. ("Greenpoint") with three subpoenas on February 21, 2014, which command Lynn Graham, a Greenpoint Vice President in Texas, to appear in California on March 18, 2014, to produce documents, testify at a deposition, and testify at a hearing. On March 7, 2014, defendant Greenpoint and non-party Graham (making a special, limited appearance) moved *ex parte* to quash the subpoenas.

All discovery matters having been referred to the undersigned for disposition, the parties are required to comply with the undersigned's Standing Order re: Civil Discovery Disputes ("Standing Order"). Moreover, in a January 2014 order denying Plaintiff's motion for expedited discovery, the Court clearly stated that "in the event discovery disputes arise, the parties shall comply with the undersigned's Standing Order re: Civil Discovery Disputes." *See* Dkt. 75. The Standing Order expressly provides that "[a]bsent leave of court, formal noticed discovery motions may no longer be

1 filed and, if filed contrary to this order, will not be heard." Generally, the parties may seek judicial
2 intervention only after an in-person meeting between lead counsel fails to resolve the dispute, in
3 which case the parties shall file a Discovery Dispute Joint Report ("DDJR").
4      Accordingly, the motion is terminated without prejudice to resubmit the matter for the
5 Court's consideration in compliance with the undersigned's Standing Order. The parties shall have
6 10 days from the date of this order to meet and confer and, if necessary, file a DDJR. The date set
7 for compliance with the subpoenas shall be stayed during this time and pending judicial resolution
8 of the DDJR, if filed.
9      **IT IS SO ORDERED.**
10 Dated: March 11, 2014

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **C13-04535 Notice will be electronically mailed to:**

2  Andrew Alexander Wood     aaw@severson.com, jwg@severson.com, sg@severson.com

3  Anne Pellegrom Daher     annie.daher@kyl.com

4  Helen Dan-Hwei Hsueh     helen.hsueh@kyl.com, anthony.levintow@kyl.com

5  Joseph W. Guzzetta     jwg@severson.com, ipk@severson.com, jc@severson.com

6  Philip Alan McLeod     philip.mcleod@kyl.com, maricel.schilt@kyl.com

7  **C13-04535 Notice will be mailed to:**

8  Fareed Sepehry-Fard
   12309 Saratoga Creek Drive
9  Saratoga, CA 95070

10 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**