**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAREED SEPEHRY-FARD, | CASE NO. 5:13-cv-04535 EJD |
| Plaintiff(s), | **ORDER TERMINATING MOTION** |
| v. | **[Docket Item No. 138]** |
| GREENPOINT MORTGAGE FUNDING, INC., et. al., | |
| Defendant(s). | |

The document submitted by Plaintiff on April 23, 2014 (Docket Item No. 139), has been construed by the court as a notice of withdrawal. Accordingly, the motion for leave to file an amended complaint (Docket Item No. 138) is TERMINATED.

**IT IS SO ORDERED.**

Dated: April 28, 2014

EDWARD J. DAVILA
United States District Judge